UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                              CHAPTER 7 CASE

Julie Hoff                                          CASE NO. 10-36346
Ronald Lattin
                                                    ORDER
                Debtors.
_____

This case came before the court on the motion of U.S. Bank National Association, seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file, IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated March 26, 2003, executed by Ronald D. Lattin And Julie A. Hoff, Husband And Wife, recorded on May 05, 2003, as Document No. 3333417, covering real estate located in Washington County, Minnesota, legally described as:

Lot 15, Block 1, Preserve 6th Addition, Common Interest Community No. 135, Washington County, Minnesota.
And commonly known as 757 Woodduck Drive, Woodbury, Minnesota 55125-3111

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: November 4, 2010

　　　　　　　　　　　　　　　　　　　　　/e/ Dennis D. O'Brien
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/04/2010*
Lori Vosejpka, Clerk, by DLR